**DOCKET NUMBER**: 10-CR-457   **CRIMINAL CAUSE FOR** STATUS CONF
**BEFORE JUDGE**: MAUSKOPF **DATE:** 11:00 AM **TIME IN COURT** 1 **HRS** 00 **MINS**

DEFT:  **CHRISTOPHER FINAZZO**           # 1    ATTY:  ROBERT ZITO
**X** pres.          not pres.       cust. X  bail           CJA    X RET.Federal Defender

DEFT:  **DOUGLAS DEY**                   # 2    ATTY:  BARRY KINGHAM
**X** pres.          not pres.       cust. X  bail           CJA    X RET.Federal Defender

**A.U.S.A.**: WINSTON PAES and WILLIAM SCHAEFFER       **Case Manager**: Winnie Toribio
**C/R: GENE RUDOLPH**       **INTERPRETER**:_____ **LANGUAGE**:_____

- ❏   Arraignment                ❏   Change of Plea Hearing (*~Util-Plea Entered*)
- ❏   In Chambers Conference     ❏   Pre Trial Conference
- ❏   Initial Appearance         X   Status Conference
- ❏   Telephone Conference       X   Motion Hearing Non Evidentiary
- ❏   Other Evidentiary Hearing Contested   TYPE OF HEARING_____
- X   Further Status Conference/hearing set for: FEBRUARY 3, 2011 at 10: 30 am

**UTILITIES**

- ❏   ~Util-Plea Entered        ❏   ~Util-Add terminate Attorneys    ❏   ~Util-Bond Set/Reset
- ❏   ~Util-Exparte Matter      ❏   ~Util-Indictment Un Sealed       ❏   ~Util-Information Unsealed
- ❏   ~Util-Set/Reset Deadlines ❏   ~Util-Set/Reset Deadlines/Hearings
- ❏   ~Util-Set/Rest Motion and R&R Deadlines/Hearings    X   ~Util-Terminate Motions
- ❏   ~Util-Terminate Parties   ❏   ~Util-Set/Reset Hearings

**Speedy Trial Start**: 12/8/2010 **Speedy Trial Stop**: 2/3/2011 **CODE TYPE**: X
**Do these minutes contain ruling(s) on motion(s)?** X      YES      ❏      NO

**TEXT**

Defendants' motions for a Bill of Particulars, <u>see</u> document numbers 37 and 39, are GRANTED in the form and for the reasons stated on the record.