# CARTER LEDYARD & MILBURN LLP
*Counselors at Law*

| | | |
|---|---|---|
| **Robert J.A. Zito**<br>**Partner**<br>•<br>*Direct Dial: 212-238-8768*<br>*E-mail: zito@clm.com* | *2 Wall Street*<br>*New York, NY 10005-2072*<br>•<br>*Tel (212) 732-3200*<br>*Fax (212) 732-3232* | *701 8th Street, N.W., Suite 410*<br>*Washington, DC 20001-3893*<br>*(202) 898-1515*<br>•<br>*570 Lexington Avenue*<br>*New York, NY 10022-6856*<br>*(212) 371-2720* |

December 14, 2011

**BY ECF**

The Honorable Roslynn R. Mauskopf
United States District Judge
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   **United States v. Christopher Finazzo and Douglas Dey
10-cr-00457 9 (RRM)**

Dear Judge Mauskopf :

    I represent Mr. Finazzo in the above referenced matter and write to respectfully request a modification of Mr. Finazzo's bail conditions to permit him to obtain and renew his passport that expires on December 31, 2011, and to travel to the Bahamas during the period January 12 through and including January 16, 2012.  Mr. Finazzo will return his passport upon his return to the United States.  AUSA Winston Paes and Pretrial Services have been advised of this request and have no objection.  Accordingly, we respectfully ask the Court to endorse this letter application at the place indicated below.

Respectfully submitted,

Robert J.A. Zito

cc: AUSA Winston M. Paes
    Robert Long, Pretrial Services Officer

SO ORDERED:
December ___ , 2011

_____
United States District Judge

6917107.1