

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

WMP
F.#2009R00374

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

December 15, 2011

**BY HAND DELIVERY AND ECF**

The Honorable Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  United States v. Christopher Finazzo, et ano.
           Criminal Docket No. 10-457 (RRM)

Dear Magistrate Judge Levy:

      The government writes to inform the Court of its position with respect to the Rule 17(c) subpoena issued to Aéropostale.  In an effort to move towards a speedy resolution of this case, which has been pending for over a year and a half, the government notified defense counsel that it would not oppose, at this time, the issuance of the proposed subpoena based on the revisions and narrowed scope of the subpoena.  However, the government maintains its position that the subpoena is not necessary because (i) the vast majority of the information requested is not relevant to the issues in this case, and (ii) the vast majority of the documents sought are not admissible at trial.

      Respectfully submitted,

      LORETTA E. LYNCH
      United States Attorney
      Eastern District of New York

By:      /s/
     Winston M. Paes
     John P. Nowak
     Assistant U.S. Attorneys
     (718) 254-6023/6097

cc:  Clerk of the Court (RRM)(RML) (by ECF)
    Defense Counsel (by ECF and Email)