# CARTER LEDYARD & MILBURN LLP
*Counselors at Law*

**Robert J.A. Zito**
Partner

Direct Dial: 212-238-8768
E-mail: zito@clm.com

2 Wall Street
New York, NY 10005-2072

Tel (212) 732-3200
Fax (212) 732-3232

701 8th Street, N.W., Suite 410
Washington, DC 20001-3893
(202) 898-1515

570 Lexington Avenue
New York, NY 10022-6856
(212) 371-2720

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 20 2011 ★

BROOKLYN OFFICE

December 14, 2011

**BY ECF**

The Honorable Roslynn R. Mauskopf
United States District Judge
225 Cadman Plaza East
Brooklyn, New York 11201

Re: **United States v. Christopher Finazzo and Douglas Dey**
**10-cr-00457 9 (RRM)**

Dear Judge Mauskopf:

I represent Mr. Finazzo in the above referenced matter and write to respectfully request a modification of Mr. Finazzo's bail conditions to permit him to obtain and renew his passport that expires on December 31, 2011, and to travel to the Bahamas during the period January 12 through and including January 16, 2012. Mr. Finazzo will return his passport upon his return to the United States. AUSA Winston Paes and Pretrial Services have been advised of this request and have no objection. Accordingly, we respectfully ask the Court to endorse this letter application at the place indicated below.

Respectfully submitted,

Robert J.A. Zito

cc: AUSA Winston M. Paes
Robert Long, Pretrial Services Officer

*Application granted.*

SO ORDERED:
December _16_, 2011

s/Roslynn R. Mauskopf
_____
United States District Judge

6917107.1