# CARTER LEDYARD & MILBURN LLP
*Counselors at Law*

| | | |
|---|---|---|
| **Robert J.A. Zito**<br>Partner<br>•<br>*Direct Dial: 212-238-8768*<br>*E-mail: zito@clm.com* | 2 Wall Street<br>*New York, NY 10005-2072*<br>•<br>*Tel (212) 732-3200*<br>*Fax (212) 732-3232* | *701 8th Street, N.W., Suite 410*<br>*Washington, DC 20001-3893*<br>*(202) 898-1515*<br>•<br>*570 Lexington Avenue*<br>*New York, NY 10022-6856*<br>*(212) 371-2720* |

March 23, 2011

**VIA ECF**

The Honorable Robert N. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *United States v. Christopher Finazzo and Douglas Dey*
              10-cr-00457 (RRM) (RML)

Dear Judge Levy:

      We represent Mr. Finazzo in the above-referenced case. We just concluded a conference with the Court regarding the status of the document production being made in response to the subpoena, pursuant to the Fed. R. Crim. P. 17, served upon Aéropostale, Inc. ("Aéropostale") on December 15, 2011, more than three months ago.

      We believe the Court indicated that it would continue the conference on Wednesday, March 28, 2012, but the minute order indicates that the continued conference is to be held on March 29, 2012. We respectfully request that the Court clarify the inconsistency.

                                  Respectfully submitted,

                                    Robert J.A. Zito

RJZ/ma
cc:    Jay Shapiro, Esq.
        AUSA Winston M. Paes
        AUSA John Nowak
        T. Barry Kingham, Esq.
        Alan S. Lewis, Esq.

6988326.1