

**Jay Shapiro**

One Penn Plaza | 250 W. 34th Street, Suite 4110 | New York, NY 10119-4115
Direct 212.714.3063 | Fax 212.631.1240
shapiroj@whiteandwilliams.com | whiteandwilliams.com

August 23, 2012

**Via E-Filing**

Hon. Roslynn R. Mauskopf
United States District Court Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Finazzo and Dey, CR 10-457 (RRM)

Dear Judge Mauskopf:

This letter is submitted on behalf of our client Aeropostale, Inc., a non-party in this matter, in reference to the status conference scheduled for August 30, 2012 at 2:30 p.m. The Court's Order scheduling this conference was issued earlier today. Because there are matters concerning a Rule 17 subpoena request that is directed at Aeropostale, the Government recommended that I attend the conference. However, I am not available on August 30.

I have conferred with counsel for Defendants Finazzo and Dey and Assistant United States Attorney Winston Paes and they have agreed to my request that the conference on the subpoena issue be adjourned to either August 27, the morning of August 28, August 29 or September 5. If none of those dates and times are convenient for the Court, Aeropostale will obtain additional dates from Defendants and the Government.

No prior application for an adjournment of this conference has been made and an adjournment should not affect any other scheduling in this matter.

Respectfully Submitted,

WHITE AND WILLIAMS LLP

*Jay Shapiro*
Jay Shapiro

9859535v.1