Robert J.A. Zito (RZ-6990)
Alan S. Lewis (AL-2828)
CARTER LEDYARD & MILBURN LLP
Two Wall Street
New York, NY 10005
Tel.: (212) 732-3200

*Attorneys for Defendant Christopher Finazzo*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
                                :

UNITED STATES OF AMERICA,         :     Cr. No. 10-457 (RRM)

                                :

       -against-                  :

                                :

CHRISTOPHER FINAZZO,           :

                                :

                   Defendant.     :

-----------------------------------------------------------X

### OBJECTION TO THIRD ADDENDUM TO PRESENTENCE REPORT
### <u>OF CHRISTOPHER FINAZZO</u>

       Christopher Finazzo, by his attorneys, Carter Ledyard & Milburn LLP, hereby

objects to the Third Addendum to the Presentence Report (the "Third Addendum"), as follows:

       1.    Mr. Finazzo previously objected to the initial draft of the Presentence

Report dated August 14, 2013 and the initial Addendum to the Presentence Report dated

November 15, 2013 and incorporates those objections into his objections to the Third

Addendum, to the extent the Third Addendum does not modify the initial draft of the

Presentence Report.

       2.    The Third Addendum fails to address Mr. Finazzo's previous objections

regarding the Probation Department's miscalculations concerning his financial condition.  The

arithmetic of the Probation Department continues to be wildly inaccurate.  The Third Addendum

makes the astonishing assertion that Mr. Finazzo has a $2 million net worth, which is objectively

incorrect.

        3.      The Probation Department's claim that Mr. Finazzo currently owns assets

of $3,231,081.27 is simply mystifying.

        4.      The amount and status of Mr. Finazzo's assets are, as follows:

| Asset | Value[1] | Status[2] | Comment |
|---|---|---|---|
| Education Fund | $ 35,419.63 | | F/B/O Mr. and Mrs. Finazzo's granddaughter |
| Bank Account | 159,165.96 | Seized/Litigation | 50% Marital Asset subject to litigation |
| Securities Account | 300,378.91 | Seized | |
| Securities Account | 262,526.35 | Seized | |
| Securities Account | 955,766.32 | Seized | |
| Securities Account | 188,939.11 | Seized/Litigation | 50% Marital Asset subject to litigation |
| Life Insurance | 80,498.82 | | F/B/O Mrs. Finazzo |
| 2006 Nissan[3] | 4,771.00 | | |
| 2008 Ford | 10,259.00 | | |
| 49 Chestnut Street[4] | 549,260.00 | | 50% Marital Asset |
| 12417 9th Ave | 261,132.00 | | 50% Marital Asset inhabited by Mrs. Finazzo's parents |
| 20675 Soundview | 163,681.25 | | 25% owned/partial marital asset |
| Condominium[5] | 225,000.00 | Litigation | 50% Marital Asset subject to litigation |
| Watch | 5,000.00 | | |
| Cash | 1,000.00 | | |
| Tax Refund | 836,149.33 | Seized/Litigation | 50% Marital Asset subject to litigation |
| Vertical Line | 756,456.14 | Seized | 50% owned with Douglas Dey |
| Vertical Line II | 1,494,119.00 | Seized | 50% owned with Douglas Dey |
| Vertical Line III | 783,756.50 | Seized | 50% owned with Douglas Dey |
| **Total** | $7,073,279.32 | | |

        5.      The government has seized, or is in the process of seizing, the sum of

$5,737,257.62.  After seizure, Mr. Finazzo owns or will own $1,336,021.70 in assets, consisting

---

[1] With respect to jointly owned assets, only Mr. Finazzo's aliquot share is listed.

[2] Mrs. Annette Finazzo has asserted a claim to certain assets pursuant to 21 U.S.C. § 853(n), and 18 U.S.C. § 983(f). The assets being contested are indicated by the "Litigation" status in this column, and Mr. Finazzo's interest is calculated at one-half of the total asset.

[3] We have adopted the Probation Department's proposed values for the two automobiles.

[4] We have adopted the Probation Department's proposed fair market values for the three real estate properties located at 49 Chestnut Street; 12417 9th Avenue; and 20675 Soundview; however, we have modified these figures as indicated to reflect Mr. Finazzo's limited ownership interest in each of the properties.

[5] In connection with the corresponding litigation relating to Mrs. Finazzo's ownership interest in the marital properties we have obtained listings for several comparable condominium units and have adjusted the fair market value of the condominium accordingly.

7432322.4

mostly of his marital residence, a residence he owns with Mrs. Finazzo at which Mrs. Finazzo's elderly parents reside, and two other jointly owned real properties.  Mr. Finazzo's liabilities total $1,434,749.55, consisting of $1,135,784.71 in mortgages, miscellaneous liabilities of $127,964.84[6] and a debt to Carter Ledyard & Milburn LLP which has yet to be quantified, but which is currently calculated to be in excess of $171,000.  Thus, applying a simple balance sheet test, Mr. Finazzo is bankrupt.

6.      The Probation Department has inflated Mr. Finazzo's assets by double-counting some of his business holdings.  Under "Business Holdings," the Probation Department indicates that Mr. Finazzo owns a 50% interest in three businesses: 1) South Bay Sportsplex (with an unknown market value); 2) Vertical Line Apparel I, Inc. (with a market value of $3,000,000); and 3) Vertical Line Apparel II, Inc. (with a market value of $3,451,324).  However, in the very next section entitled "Assets You Will Liquidate" the Probation Department lists the funds Mr. Finazzo received from the sale of the assets of Vertical Line Apparel I and Vertical Line Apparel II, which have been seized by the United States Marshals Service.

7.      The Probation Department also inflated Mr. Finazzo's assets by failing to account for assets which he owns jointly with his wife, Annette Finazzo.  Under "Real Estate," the Probation Department indicates that Mr. Finazzo owns four properties located at the following addresses: 1) 49 Chestnut Street; 2) 12417 9th Avenue; 3) 20675 Soundview Avenue; and 4) a condominium at the Reef Atlantis Bahamas.  Although the Probation Department correctly notes that Mr. Finazzo only maintains a 25% interest in the Soundview Avenue property, it fails to note that the other properties are all owned jointly by Mr. Finazzo and his

---

[6] Since the filing of Mr. Finazzo's initial objections, his outstanding debt to Margolin, Winer & Evens LLP has increased and is now $108,904.00, additionally, Mr. Finazzo has consolidated his credit card debt and now owes a total of $19,060.84 to Bank of America.

wife.  Accordingly, only 50% of the value of these properties should be considered in determining Mr. Finazzo's financial condition.

    8.  In addition, while the Probation Department asserts that Mr. Finazzo has free cash flow of $940 per month to make further forfeiture payments, its calculation does not take into account the payment of federal, state, and local income taxes, as well as real estate taxes.  After taxes, Mr. Finazzo has a negative cash flow.

Dated: New York, New York
   May 7, 2014

           Respectfully submitted,

           CARTER LEDYARD & MILBURN LLP

       By: _____
           Robert J. A. Zito
           Two Wall Street
           New York, NY  10005
           (212) 732-3200

           *Attorneys for Christopher Finazzo*

- 4 -

7432322.4

Robert J.A. Zito (RZ-6990)
Alan S. Lewis (AL-2828)
CARTER LEDYARD & MILBURN LLP
Two Wall Street
New York, NY 10005
Tel.: (212) 732-3200

*Attorneys for Defendant Christopher Finazzo*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                                        :
UNITED STATES OF AMERICA                                :   Cr. No. 10-457 (RRM)
                                                        :
            -against-                                   :
                                                        :
                                                        :
CHRISTOPHER FINAZZO and                                 :
DOUGLAS DEY,                                            :
                                                        :
                                                        :
                          Defendants.                   :
--------------------------------------------------------X

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2014, the foregoing Objection to Third Addendum to Presentence Report of Christopher Finazzo was filed with the Clerk of the Court and served via e-mail in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service upon the following parties and participants:

Winston M. Paes                          Angelica Deniz
Eastern District of New York             United States Probation Officer
United States Attorney's Office          United States Probation Department
271 Cadman Plaza East                    147 Pierrepont Street
Brooklyn, New York 11201                 Brooklyn New York 11201

Madelyn K. White

7437982.1