

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| DG | *271 Cadman Plaza East* |
| F. #2009R00374 | *Brooklyn, New York 11201* |

August 17, 2017

By ECF

The Honorable Roslynn R. Mauskopf
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  United States v. Finazzo, et al.
        Criminal Docket No. 10-457 (RRM)

Dear Judge Mauskopf:

    The government respectfully submits this letter in response to the Court's July 27, 2017 Order directing the parties to confer and file a joint status update and proposal regarding the restitution issues discussed at the July 26, 2017 status conference. The parties have conferred and agreed upon the following proposal. By September 18, 2017, the government will provide defense counsel with the affidavits and documents upon which it will rely in its submission to the Court regarding restitution. After defense counsel has an opportunity to review the government's submission, the parties will confer again and provide the Court with a further status update and proposal by October 18, 2017.

        Respectfully submitted,

        BRIDGET M. ROHDE
        Acting United States Attorney

    By:  /s/ David Gopstein
        David Gopstein
        Assistant U.S. Attorney
        (718) 254-6153

cc: Barry Kingham, Esq. (via ECF and email)
  James Darrow, Esq. (via ECF and email)